**Dina L. Santos**
Attorney at Law - SBN 204200
428 J Street - Suite 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant: **HUGO AREVALO-TAPIA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-04-310-WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| **ALFREDO TAPIA, et al.** | |
| Defendant, | |

**IT IS HEREBY STIPULATED** between the parties that an evidentiary hearing for the Motion to Suppress Alfredo Tapia's statements presently set for April 20, 2005 at 9:00 a.m. be continued to May 4, 2005, and at that date, if appropriate, a new date for the hearing will be set.  It is understood that no evidentiary hearing will be had on the date of May 4, 2005.  Additionally, it is requested that May 4, 2005, be scheduled as a date for a change of plea by Mr. Arevalo-Tapia.  Counsel for Mr. Arevalo-Tapia and the prosecutor are finalizing the plea scheduled for May 4, 2005.

It is agreed by all parties that the court should find excludable time from the date of the filing of the motion to the date of the court's ruling pursuant to 18 U.S.C. Section 3161(h)(1)(f), see also Henderson v. U.S. 321, 106 S. Ct 1871 (1986).

Counsel for the government has expressly authorized the signing of this stipulation and each defense counsel has been contacted and agreed to this change.

DATED:   April 18, 2005                      /s/
                                                          DINA L. SANTOS
                                                          Attorney for Hugo Arevalo-Tapia

DATED:   April 18, 2005                      /s/
                                                          DWIGHT M. SAMUEL
                                                          Attorney for Alfredo Tapia

DATED:   April 18, 2005                      /s/
                                                          ANN PINGS
                                                          Assistant United States Attorney

**IT IS SO ORDERED**

April 18, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE