**Dina L. Santos**
Attorney at Law - SBN 204200
428 J Street - Suite 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant: **HUGO AREVALO-TAPIA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>              Plaintiff,   )<br>   )<br>       v.   )<br>   )<br>ALFREDO TAPIA, et al.   )<br>   )<br>              Defendant,   )<br>_____) | Crim. S-04-310-WBS<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED** between the parties that an evidentiary hearing for the Motion to Suppress Alfredo Tapia's statements presently set for May 4, 2005 at 9:00 a.m. be continued to May 25, 2005, and at that date, if appropriate, a new date for the hearing will be set.  It is understood that no evidentiary hearing will be had on the date of May 25, 2005.  Additionally, it is requested that May 25, 2005, be scheduled as a date for a change of plea by Mr. Arevalo-Tapia.  Counsel for Mr. Arevalo-Tapia and the prosecutor are finalizing a plea agreement that will be submitted to the court prior to May 25, 2005.

It is agreed by all parties that the court should find excludable time from the date of the filing of the motion to the date of the court's ruling pursuant to 18 U.S.C. Section 3161(h)(1)(f), see also Henderson v. U.S. 321, 106 S. Ct 1871 (1986).

Counsel for the government has expressly authorized the signing of this stipulation and each defense counsel has been contacted and agreed to this change.

DATED: May 2, 2005                              /s/
                                                DINA L. SANTOS
                                                Attorney for Hugo Arevalo-Tapia

DATED: May 2, 2005                              /s/
                                                DWIGHT M. SAMUEL
                                                Attorney for Alfredo Tapia

DATED: May 2, 2005                              /s/
                                                ANN PINGS
                                                Assistant United States Attorney

**IT IS SO ORDERED**

May 2, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE