DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: dmsamuel@oldsaclaw.com

Attorney for Defendant
ALFREDO TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO.: CR-04-310-WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST FOR ORDER AND ORDER |
| ) | EXONERATING BOND |
| ALFREDO TAPIA, ) | |
| ) | Date: No date |
| Defendant. ) | Time: No time |
| _____ ) | Judge: William B. Shubb |

On or about August 11, 2004, a $150,000 appearance bond, secured by a deed against the real property of Hilda Tapia, located at 404 S. Filbert Street, Stockton, CA 95205, was posted on behalf of Alfredo Tapia, No. Cr.S-04-310 WBS. Mr. Tapia had been arrested in this district based upon an indictment filed in this district.

On August 3, 2005, Mr. Tapia's case was dismissed.

It is hereby requested that the $150,000 secured appearance bond be exonerated.

Dated: August 5, 2005                    Respectfully submitted,


                                         __/S/_____
                                         Dwight M. Samuel
                                         Attorney for Defendant
                                         Alfredo Tapia


IT IS HEREBY ORDERED that the bail bond in the amount of $150,000 posted by Hilda Tapia and secured by a Deed of Trust for their home is hereby exonerated.

Dated: August 5, 2005


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE TITLE: UNITED STATES v. Alfredo Tapia

CASE NO.:CR.S 04-310-WBS

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within action. My business address is 117 J Street, Suite 202, Sacramento, California 95814-2282. I am familiar with office procedure whereby mail is given appropriate postage and deposited in a United States mailbox in Sacramento, California, after the close of the day's business.

On August    , 2005, I served the following: **REQUEST FOR ORDER AND ORDER EXONERATING BOND** on all parties to said action by submitting a true copy via U.S. Mail.

AUSA Ann Ping
501 I Street
Sacramento, California 95814

Alfredo Tapia
404 S Filbert Street
Stockton, CA 95205

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August___, 2005, at Sacramento, California.

_____
Melanie A. Young

- 2 -