**Dina L. Santos**
Attorney at Law - SBN 204200
428 J Street - Suite 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant: **HUGO AREVALO-TAPIA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-04-0310 WBS |
| Plaintiff, | **REQUEST FOR ORDER AND ORDER EXONERATING BOND** |
| v. | |
| **HUGO AREVALO-TAPIA,** | |
| Defendant, | |

On or about September 17, 2004, a $110,000 appearance bond, secured by a deed against the real property of Humberto & Celina Arevalo, located at 440 East Vine Street, Stockton, California, and the real property of Juan C. & Virginia Aguilar, located at 410 North Locust Street, Stockton, California, was posted on behalf of Hugo Arevalo-Tapia, Case number Cr.S-04-310 WBS. Mr. Tapia had been arrested in this district based upon an indictment filed in this district.

On September 19, 2005, Mr. Tapia surrendered himself to the Bureau of Prisons located at Lompoc, California to begin his sentence of 87 months.

It is hereby requested that the $110,000 secured appearance bond be exonerated.

Dated: September 23, 2005                    Respectfully submitted,

                                                           /s/
                                      Dina L. Santos
                                      Attorney for Defendant
                                      Hugo Arevalo-Tapia

IT IS HEREBY ORDERED that the bail bond in the amount of $110,000 posted by Humberto & Celina Arevalo and Juan C. & Virginia Aguilar and secured by a Deed of Trust of their homes is hereby exonerated.

Dated:       September 23, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE